USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
United States of America,    :
                             :
                             :
              -against-      :
                             :
Sybil Nancy Upham            :
                             :
              Defendant.     :
-------------------------------------------------------------

**ORDER ACCEPTING THE
PLEA ALLOCUTION BEFORE
A U.S. MAGISTRATE JUDGE**

S1 10 Cr. 326 (AKH)(GWG)

ALVIN K. HELLERSTEIN, U.S.D.J.:

WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Gabriel W. Gorenstein on November 10, 2010;

WHEREAS a transcript of the allocution was made; and

WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

SO ORDERED

Dated:   New York, New York
         Nov 16, 2010

_____
ALVIN K. HELLERSTEIN
United States District Judge